UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



JULIO COBOS, SR.

VERSUS

U.S. STATES MIDDLE DISTRICT
COURT, STATE OF LOUISIANA

CIVIL ACTION

NO. 09-94-C

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated February 20, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion for fast and speed trial or alternatively, for dismissal and expungement (rec.doc. 1) filed by petitioner, Julio Cobos, Sr. will be dismissed without prejudice.

Baton Rouge, Louisiana, May 27, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA